ERIC J. TROUTMAN (State Bar No. 229263)
ejt@severson.com
IVETTE ZAMORA (State Bar No. 286243)
iz@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FELICIA LONGMIRE,<br><br>            Plaintiff,<br><br>     vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>            Defendant. | Case No. 3:15-cv-00928-EMC<br>Hon. Edward M. Chen<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>Action Filed:    March 2, 2015<br>Trial Date:       None Set |

07685.1461/4063106.1                                                                                     3:15-cv-00928-EMC

JOINT MOTION TO EXTEND TIME TO RESPOND

**TO ALL PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

The complaint in this matter was served on defendant Wells Fargo Bank, N.A. ("Wells Fargo") on March 2, 2015. Based on this service date, defendant Wells Fargo's response to the complaint would have been due on April 24, 2015.

Plaintiff Felicia Longmire and Wells Fargo agree and stipulate that Wells Fargo's response to the complaint shall now be due on May 22, 2015.

SO STIPULATED.

DATED: April 21, 2015         SEVERSON & WERSON
                              A Professional Corporation


                              By:    */s/ Ivette Zamora*
                                     IVETTE ZAMORA
                              Attorneys for Defendant WELLS FARGO
                              BANK, N.A.

DATED: April 21, 2015         KROHN & MOSS, LTD



                              By:    */s/ Ryan Lee*
                                     RYAN LEE
                              Attorneys for Plaintiff FELICIA LONGMIRE

IT IS SO ORDERED:
_____
Edward M. Chen
U. S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On April 21, 2015, I served true copies of the following document(s):

**JOINT MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS** on the interested parties in this action as follows:

Ryan Scott Lee  
Matthew A Rosenthal  
Krohn & Moss, LTD  
10474 Santa Monica Boulevard  
Suite 401  
Los Angeles, CA 90025  
Email: rlee@consumerlawcenter.com  
Email: mrosenthal@consumerlawcenter.com

Attorney for Plaintiff Felicia Longmire

Tel: (323) 988-2400  
Fax: (866) 583-3695

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 21, 2015, at Irvine, California.

_____  
Lorraine N. Johnson