1 | ERIC J. TROUTMAN (State Bar No. 229263)
ejt@severson.com
2 | IVETTE ZAMORA (State Bar No. 286243)
iz@severson.com
3 | SEVERSON & WERSON
A Professional Corporation
4 | The Atrium
19100 Von Karman Avenue, Suite 700
5 | Irvine, California 92612
Telephone: (949) 442-7110
6 | Facsimile: (949) 442-7118

7 | MARK D. LONERGAN (State Bar No. 143622)
SEVERSON & WERSON
8 | A Professional Corporation
One Embarcadero Center, Suite 2600
9 | San Francisco, California 94111
Telephone: (415) 398-3344
10 | Facsimile: (415) 956-0439

11 | Attorneys for Defendant
WELLS FARGO BANK, N.A.

12 |

13 | **UNITED STATES DISTRICT COURT**

14 | **NORTHERN DISTRICT OF CALIFORNIA**

15 | FELICIA LONGMIRE,

Case No. 3:15-CV-00928-EMC

16 |      Plaintiff,

17 |      vs.

**JOINT STIPULATION TO STAY ACTION PENDING ARBITRATION**

18 | WELLS FARGO BANK, NATIONAL ASSOCIATION,

19 |      Defendant.

20 |

21 |

22 |      Pursuant to the express terms of the Consumer Account Agreement & Disclosure

23 | Statement, out of which the subject of the Complaint filed in this matter arises, plaintiff FELICIA

24 | LONGMIRE ("Plaintiff"), and defendant WELLS FARGO BANK, N.A. ("Wells Fargo")

25 | (collectively Wells Fargo and Plaintiff may be referred to as the "parties"), hereby stipulate that

26 | this matter shall be referred to binding arbitration, and that this matter will be stayed pending the

27 | completion of the arbitration.

28 |      The parties, through their respective counsel of record, stipulate and agree to the terms as

07685.1461/4065714.1

follows:

  1.  The parties shall submit to binding non-judicial arbitration;

  2.  The arbitration shall be conducted through JAMS or AAA;

  3.  Defendant shall timely pay all fees associated with the arbitration; and

  4.  This action shall be STAYED in its entirety until the arbitration has been
completed.

  **IT IS SO STIPULATED.**


DATED:  April __23__, 2015     SEVERSON & WERSON
                 A Professional Corporation


              By: ___/s/ Ivette Zamora_____
                    Ivette Zamora

              Attorneys for Defendant WELLS FARGO BANK, N.A.

DATED:  April 22, 2015      KROHN & MOSS, LTD.


              By: _____
                    Ryan Lee

              Attorneys for Plaintiff FELICIA LONGMIRE

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On April 23, 2015, I served true copies of the following document(s):

**JOINT STIPULATION TO STAY ACTION PENDING ARBITRATION**

on the interested parties in this action as follows:

Ryan Lee, Esq.
Matthew A. Rosenthal, Esq.
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA  90025

Attorneys for Plaintiff
Felicia Longmire

Telephone:    (323) 988-2400
Facsimile:    (866) 861-1390
rlee@consumerlawcenter.com
mrosenthal@consumerlawcenter.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 23, 2015, at Irvine, California.

_____
Lorraine N. Johnson

07685.1461/4065714.1

JOINT STIPULATION FOR ARBITRATION AND STAY OF CASE

1   ERIC J. TROUTMAN (State Bar No. 229263)
    ejt@severson.com
2   IVETTE ZAMORA (State Bar No. 286243)
    iz@severson.com
3   SEVERSON & WERSON
    A Professional Corporation
4   The Atrium
    19100 Von Karman Avenue, Suite 700
5   Irvine, California 92612
    Telephone: (949) 442-7110
6   Facsimile: (949) 442-7118

7   MARK D. LONERGAN (State Bar No. 143622)
    SEVERSON & WERSON
8   A Professional Corporation
    One Embarcadero Center, Suite 2600
9   San Francisco, California 94111
    Telephone: (415) 398-3344
10  Facsimile: (415) 956-0439

11  Attorneys for Defendant
    WELLS FARGO BANK, N.A.

12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15  FELICIA LONGMIRE,                    Case No. 3:15-CV-00928-EMC

16              Plaintiff,

17       vs.                             **[PROPOSED] ORDER GRANTING THE
                                         JOINT STIPULATION TO STAY
18  WELLS FARGO BANK, NATIONAL           ACTION PENDING ARBITRATION**
    ASSOCIATION,
19
                Defendant.
20

21

22

23

24

25

26

27

28

07685.1461/4067384.1

## ORDER

Pursuant to the Joint Stipulation for Arbitration and to Stay Action of Plaintiff Felicia Longmire and Defendant Wells Fargo, and GOOD CAUSE APPEARING:

**IT IS HEREBY ORDERED** that:

1.      The parties shall submit to binding nonjudicial arbitration;

2.      The arbitration shall be conducted through JAMS or AAA;

3.      Defendant shall timely pay all fees associated with the arbitration; and

4.      This action shall be STAYED in its entirety until the arbitration has been completed.

5.      A status conference regarding the completion of _____, 2015.          See paragraph below

DATED: _____4/24_____, 2015          _____
                                        HONORABLE ROBERT GLUSMAN
                                        EDWARD M. CHEN

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

```
Parties are hereby ORDERED to file a notice with this Court within 14 days from the
conclusion of arbitration.  An initial case management conference is set for 1/28/16 at
9:30 a.m. and a joint case management statement is due 1/21/16.
```

[PROPOSED] ORDER GRANTING
JOINT STIPULATION FOR ARBITRATION AND STAY OF CASE

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On April 23, 2015, I served true copies of the following document(s):

**[PROPOSED] ORDER GRANTING THE JOINT STIPULATION TO STAY ACTION PENDING ARBITRATION**

on the interested parties in this action as follows:

| | |
|---|---|
| Ryan Lee, Esq. | Attorneys for Plaintiff |
| Matthew A. Rosenthal, Esq. | Felicia Longmire |
| Krohn & Moss, Ltd. | |
| 10474 Santa Monica Blvd., Suite 405 | Telephone:   (323) 988-2400 |
| Los Angeles, CA  90025 | Facsimile:   (866) 861-1390 |
| | rlee@consumerlawcenter.com |
| | mrosenthal@consumerlawcenter.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 23, 2015, at Irvine, California.

Lorraine N. Johnson

07685.1461/4067384.1

[PROPOSED] ORDER GRANTING
JOINT STIPULATION FOR ARBITRATION AND STAY OF CASE