1  Ryan Lee Esq. (SBN: 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Ste. 405
   Los Angeles, CA 90025
3  rlee@consumerlawcenter.com
   T: (323) 988-2400
4  F: (866) 861-1390
   Attorney for Plaintiff
5  FELICIA LONGMIRE

**UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

FELICIA LONGMIRE,

    Plaintiff,

  vs.

WELLS FARGO BANK, N.A.,

    Defendant.

**Case No.: 3:15-cv-928**

NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, FELICIA LONGMIRE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                            Respectfully Submitted,

Dated: November 20, 2015        KROHN & MOSS LTD

                            /s/ Ryan Lee
                            Ryan Lee, Esq.
                            Attorney for Plaintiff,
                            FELICIA LONGMIRE

1

---

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on November 20, 2015 I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Ryan Lee
Ryan Lee, Esq.

```
IT IS SO ORDERED that the Case Management
Conference set for 1/28/16 is reset for
3/3/16 at 9:30 a.m.  The 3/3/16 CMC will
be vacated once a stipulation or dismissal
is filed. A joint CMC Statement shall be
filed by 2/25/16.
_____
Edward M. Chen
U.S. District Judge
```

