**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FELICIA LONGMIRE,<br><br>         Plaintiff,<br>   vs.<br><br>WELLS FARGO BANK, N.A.,,<br><br>         Defendant. | Case No.: 3:15-cv-00928-EMC<br><br>**P~~ROPO~~SED ORDER** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:   2/2/16

_____
The Honorable
Edward M. Chen
United States

*IT IS SO ORDERED*
*Judge Edward M. Chen*